UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CURRENCY $299,740.00 IN U.S. CURRENCY,

        Defendant.
_____/

Case No. 2:24-cv-11613

HONORABLE STEPHEN J. MURPHY, III

## ORDER REQUIRING STATUS REPORT

In this civil forfeiture proceeding, the Defendant in rem consists of Two Hundred Ninety-Nine Thousand Seven Hundred and Forty Dollars ($299,740) in U.S. Currency to which Michael Harris is a claimant. ECF No. 1, PageID.2–3; ECF No. 6. The Government moved to stay the case under 18 U.S.C. § 981(g) and provided a sealed, *ex parte* declaration as allowed by § 981(g)(5) to establish that civil discovery would adversely affect a related criminal investigation. ECF Nos. 11, 14. The Court stayed the case for ninety days. ECF No. 16.

The Court noted, however, that "the government is not entitled to protect its information indefinitely." *United States v. Four Hundred Sixty Three Thousand Four Hundred Ninety Seven Dollars & Seventy Two Cents ($463,497.72) in U.S. Currency*, 604 F. Supp. 2d 978, 982 (E.D. Mich. 2009). The stay expired on June 16, 2025, and the Court has not heard from the Government. The Court will therefore require the

1

parties to submit a joint status report and propose a timeline for discovery and new deadlines.

**WHEREFORE**, it is hereby **ORDERED** that the parties must **SUBMIT** the above-described joint status report **no later than July 30, 2025**.

**SO ORDERED.**

s/ Stephen J. Murphy, III  
STEPHEN J. MURPHY, III  
United States District Judge

Dated: July 23, 2025

2