UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Case No. 2:24-cv-11613 |
| PLAINTIFF, | |
| vs. | Hon. Stephen J. Murphy III<br>Magistrate Judge Elizabeth A. Stafford |
| Two Hundred Ninety-Nine Thousand Seven Hundred Forty Dollars ($299,740.00) in U.S. Currency, | |
| Defendant *in rem.* | |
| _____/ | |

**Joint Status Update and Proposed Discovery Plan**

Pursuant to the Court's Orders, the parties offer the following joint status update and proposed timeline for discovery.

**A. Status Update**

The United States submits that the underlying criminal investigation is ongoing. Although specific details have shifted, the same basic factors which the United States submitted to the Court via sealed affidavit in support of a stay, ECF 14, remain the case. However, given the status of the investigation, the Government is currently willing to proceed with necessary court procedures (ECF 14 ¶ 6) and is willing to accept the risk that such procedures pose to the underlying investigation. So, without prejudice to the Government's ability to seek a stay later, the parties submit the following proposed discovery timeline.

1

## B. Proposed Discovery Plan

The Parties have developed the following discovery plan, and recommend that the court enter an Order to this effect:

| EVENT | DEADLINE |
|---|---|
| Exchange of Initial Disclosures under Fed. R. Civ. P 26(a)(1) | N/A– no initial disclosures required. *See* Fed. R. Civ. P. 26(a)(1)(B)(ii). |
| Start of Fact Discovery | August 15, 2025 |
| Lay Witness List | October 7, 2025 |
| Exhibit List | October 7, 2025 |
| Expert Witness List/Disclosures/ Report - Plaintiff | October 7, 2025 |
| Expert Witness List/Disclosures/ Report - Defendant | November 7, 2025 |
| Rebuttal reports are due | November 21, 2025 |
| Fact Discovery Close | November 21, 2025 |
| Expert Discovery Close | December 19, 2025 |
| Status Conference (to be held shortly after the close of discovery to discuss settlement options) | January 9, 2026 |
| Dispositive Motions Due | January 30, 2026 |

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

| | |
|---|---|
| S/ K. Craig Welkener | S / Ivan L. Land (with permission) |
| K. Craig Welkener (DC 1033585) | Ivan L. Land (P65879) |
| Assistant U.S. Attorney | Law Offices of Ivan L. Land, P.C. |
| 211 W. Fort Street, Ste. 2001 | 25900 Greenfield Rd. Suite 210 |
| Detroit, Michigan 48226 | Oak Park, MI 48237 |
| (313) 226- 0248 | 248.968.4545 \| (f) 248.968.4540 |
| Kenton.Welkener@usdoj.gov | ill4law@aol.com |
| | Attorney for Claimant |