UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

　　　　　Plaintiff(s),

v.

CURRENCY $299,740.00 IN U.S. CURRENCY,

　　　　　Defendant(s).
_____/

Case No. 24-11613

Judge  Stephen J. Murphy, III

Magistrate Judge  Elizabeth A. Stafford

**NOTICE OF CORRECTION**

Docket entry number __19__, filed __8/5/2025__, has been modified. The explanation for the correction is stated below.

☐ The docket entry was made on the wrong case.
☑ The corresponding document image was missing or incomplete.
☐ The wrong document image was associated.
☐ The wrong judicial officer was listed on the case docket.
☐ The filer information was inaccurate or omitted from the docket text.
☐ The judicial officer information was inaccurate or omitted from the docket text.
☐ The docket text was changed *to include the Partial Payment Order.*
☐ Other:

If you need further clarification or assistance, please contact __R. Loury__ at __(313) 234-2681__.

KINIKIA D. ESSIX, CLERK OF COURT

Dated: August 5, 2025

s/R. Loury
Deputy Clerk