UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| United States of America, | Civil No. 2:24-cv-11613 |
| | Honorable Stephen J. Murphy, III |
| Plaintiff, | |
| v. | |
| Two Hundred Ninety-Nine Thousand Seven Hundred Forty Dollars ($299,740.00) in U.S. Currency, | |
| Defendant *in rem*. | |

## Certificate of Service

I hereby certify that service of copies of the Complaint for Forfeiture, Warrant of Arrest and Notice in Rem, and Certificate of Service has been made on August 8, 2025 upon the following individual(s), via certified and regular mail, by placing the same in an envelope, postage prepaid, and depositing said envelope in the United States Mail addressed to:

Andy George
XXX Beacons Pl.
Alpharetta, GA 30005

Andy George
XXXX Webb Bridge Road
Alpharetta, GA 30005

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney

<u>S/K. Craig Welkener</u>
K. Craig Welkener (DC 1033585)
Assistant U.S. Attorney
211 W. Fort Street, Ste. 2001
Detroit, Michigan 48226
(313) 226-0248