UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CURRENCY $299,740.00 IN U.S. CURRENCY,

        Defendant.
_____/

Case No. 2:24-cv-11613

HONORABLE STEPHEN J. MURPHY, III

### ORDER REQUIRING JOINT STATUS REPORT

The discovery deadline is December 19, 2025. ECF No. 21. Because the discovery deadline is near, the Court will require the parties to submit a joint status report detailing their progress in discovery, their willingness to participate in alternative dispute resolution, and an anticipated timeline of when they will be prepared to engage in meaningful mediation.

**WHEREFORE**, it is hereby **ORDERED** that the parties must **SUBMIT** the above-described joint status report no later than **December 12, 2025**.

    **SO ORDERED.**

                              s/ Stephen J. Murphy, III
                              STEPHEN J. MURPHY, III
                              United States District Judge

Dated: December 1, 2025